UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO A. DIONES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES R. BRANDLIN,<br><br>　　　　　Respondent. | Case No. CV 19-3987 JVS(JC)<br><br>JUDGMENT |

　　Pursuant to the Court's Order Dismissing Petition and Action without Prejudice, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

　　IT IS SO ADJUDGED.

　　DATED:　July 18, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE